USDC SCAN INDEX SHEET



VLS 12/11/02 14:42

3:01-CV-00816 COOPER V. SAN DIEGO COUNTY

*113*

*JGM.*

FILED

02 DEC 11 AM 9:53

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PROCTOR G. COOPER, etc., et al.,

Plaintiffs,

v.

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al.,

Defendants.

No. 01cv0816-JM(POR)

~~[Proposed]~~ JUDGMENT ON SPECIAL JURY VERDICT

This action came before the Court for a trial by jury on November 19, 2002. The issues have been tried and the jury rendered its special verdict on November 27, 2002.

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of defendants County of San Diego, Christopher Vollmer and Robert Forbes against plaintiffs Proctor Cooper, Samantha Cooper and Rebecca Jamerson and that costs be awarded to the defendants as provided by law.

DATED: 12/10/02

Honorable JEFFREY T. MILLER
United States District Court Judge

113

ENTERED ON 12/11/02

01cv0816JM(POR)

JOHN J. SANSONE, County Counsel
County of San Diego
By DEBORAH A. McCARTHY, Senior Deputy (SBN 99062)
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-5818
Facsimile: (619) 531-6005

Attorneys for Defendants County of San Diego (also sued as "San Diego County Sheriff's Department"), Deputy Robert Forbes and Sergeant Michael Cea

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PROCTOR G. COOPER, etc., et al.,<br>Plaintiffs,<br>v.<br>SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, et al.,<br>Defendants. | No. 01cv0816-JM(POR)<br>**PROOF OF SERVICE BY FACSIMILE AND U. S. MAIL**<br>Persons Served:<br>Ronald J. Cozad, Esq. (Fax & Mail)<br>Joseph Kutyla, Esq. (Fax & Mail<br>Courtroom 6<br>Honorable Jeffrey T, Miller |

At the time of transmission I was at least 18 years of age and not a party to this legal proceeding. On December 2, 2002 at 1:32 p.m. and 1:36 p.m., I transmitted to Ronald J. Cozad, Esq.; and Joseph Kutyla, the following document **[Proposed] JUDGMENT ON SPECIAL JURY VERDICT** by facsimile machine. The fax number of the party being served is (858) 385-0499 (Cozad) and (858) 558-0879 and no error was reported by the machine. I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

I further declare that I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

I served the following document: **[Proposed] JUDGMENT ON SPECIAL JURY VERDICT** by placing a true copy of each document in a separate envelope addressed to each addressee, respectively, as follows:

Ronald J. Cozad, Esq.
Oliva & McLeod
11838 Bernardo Plaza Court
Suite 101A
San Diego, California 92128
Ph. (858) 385-0491
Fax (858) 385-0499
(Attorneys for Plaintiffs)

Joseph T. Kutyla, Esq.
Dyer & Everett, LLP
6498 Weathers Place, Suite 200
San Diego, California 92121
Ph. (858) 558-0855
Fax (858) 558-0879

(Attorney for Defendant
Christopher Vollmer)

I then sealed each envelope and, with the postage thereon fully prepaid, I placed each for deposit in the United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 2, 2002

R. LONERO-BONGOLAN

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 3972 |
| CONNECTION TEL | 918583850499 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 12/02 13:32 |
| USAGE T | 02'30 |
| PGS. SENT | 5 |
| RESULT | OK |

JOHN J. SANSONE
COUNTY COUNSEL

NATHAN C. NORTHUP
THOMAS E. MONTGOMERY
VALERIE TEHAN
CHIEF DEPUTIES

DIANE BARDSLEY
THOMAS J. HARRON
SPECIAL ASSISTANTS COUNTY COUNSEL

# County of San Diego

## OFFICE OF COUNTY COUNSEL

COUNTY ADMINISTRATION CENTER
1600 PACIFIC HIGHWAY, ROOM 355
SAN DIEGO, CALIFORNIA 92101-2469
(619) 531-4860 FAX (619) 531-6005

DEPUTIES

RALPH E. SHADWELL
C. ELLEN PILSECKER
GEORGE W. BREWSTER JR.
WILLIAM A. JOHNSON, JR.
ANTHONY ALBERS
WILLIAM W. TAYLOR
STEPHEN R. MAGRUDER
MORRIS G. HILL
WILLIAM DEAN SMITH
ELLEN R. MICHAELS
EDMUND E. MOZULAY
MIRIAM E. BREWSTER
CLAUDIA ANZÚRES
RICKY R. SANCHEZ
ANDREW FREEMAN
TERENCE G. DUTTON
JOHN A. PARDEE
DEBORAH A. McCARTHY
MARIE A. LaSALA
TIMOTHY M. BARRY
WILLIAM L. PETTINGILL
LAUREL G TOBAR
JANICE INGOLD LAU
ENGLISH R. BRYANT
LAURIE J. ORANGE
JUDITH A. McDONOUGH
MARK C. MEAD
CHERYL K. TUCKER
PAUL J. MEHNERT
WILLIAM H. SONGER
DEIRDRE McGRATH
L. EARL LIGON
RODNEY F. LORANG
LEONARD W. POLLARD
KEVIN G. KENNEDY
LISA MACCHIONE
JAMES R. O'DAY
DAVID J. SMITH
JONATHAN SCHNEEWEISS
THOMAS D. BUNTON
DENNIS FLOYD
DAVID G. AXTMANN
STEPHANIE KISH
THONAS L. BOSWORTH
MARA W. ELLIOTT

December 2, 2002

## CONFIDENTIAL TELECOPY

**The information contained in this facsimile is protected by attorney/client and/or attorney/work product privileges. The information is intended only for receipt and review by the individual named above. All applicable privileges are not waived by virtue of the information having been transmitted by facsimile. If the facsimile is actually received or read by any person other than the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original information to us at the above address.**

**PLEASE DELIVER TO:**

Name: Ronald J. Cozad, Esq.
Agency: Oliva & McLeod
Telecopier Number: (858) 385-0499

**FROM:**

Name: Deborah A. McCarthy, Senior Deputy
Telephone Number: (619) 531-5818

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              3973
CONNECTION TEL                 918585580879
SUBADDRESS
CONNECTION ID
ST. TIME              12/02 13:36
USAGE T               02'27
PGS. SENT               5
RESULT                OK
```

JOHN J. SANSONE
COUNTY COUNSEL

NATHAN C. NORTHUP
THOMAS E. MONTGOMERY
VALERIE TEHAN
CHIEF DEPUTIES

DIANE BARDSLEY
THOMAS J. HARRON
SPECIAL ASSISTANTS COUNTY COUNSEL

# County of San Diego

## OFFICE OF COUNTY COUNSEL

COUNTY ADMINISTRATION CENTER
1600 PACIFIC HIGHWAY, ROOM 355
SAN DIEGO, CALIFORNIA 92101-2469
(619) 531-4860 FAX (619) 531-6005

DEPUTIES

ARNE HANSEN
RALPH E. SHADWELL
C. ELLEN PILSECKER
GEORGE W. BREWSTER JR.
WILLIAM A. JOHNSON, JR.
ANTHONY ALBERS
WILLIAM W. TAYLOR
STEPHEN R. MAGRUDER
MORRIS G. HILL
WILLIAM DEAN SMITH
ELLEN R. MICHAELS
EDMUND E. MOZULAY
MIRIAM E. BREWSTER
CLAUDIA ANZÚRES
RICKY R. SANCHEZ
ANDREW FREEMAN
TERENCE G. DUTTON
JOHN A. PARDEE
DEBORAH A. McCARTHY
MARIE A. LaSALA
TIMOTHY M. BARRY
WILLIAM L. PETTINGILL
LAUREL G. TOBAR
JANICE INGOLD LAU
ENGLISH R. BRYANT
LAURIE J. ORANGE
JUDITH A. McDONOUGH
MARK C. MEAD
CHERYL K. CARTER
PAUL J. MEHNERT
WILLIAM H. SONGER
DEIRDRE McGRATH
L. EARL LIGON
RODNEY F. LORANG
LEONARD W. POLLARD
KEVIN G. KENNEDY
LISA MACCHIONE
JAMES R. O'DAY
DAVID J. SMITH
JONATHAN SCHNEEWEISS
THOMAS D. BUNTON
DENNIS FLOYD
DAVID G. AXTMANN
STEPHANIE KISH

December 2, 2002

## CONFIDENTIAL TELECOPY

**The information contained in this facsimile is protected by attorney/client and/or attorney/work product privileges. The information is intended only for receipt and review by the individual named above. All applicable privileges are not waived by virtue of the information having been transmitted by facsimile. If the facsimile is actually received or read by any person other than the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original information to us at the above address.**

**<u>PLEASE DELIVER TO:</u>**

Name: Joe Kutyla
Agency: Dyer & Everett, LLP
Telecopier Number: (858) 558-0879

**<u>FROM:</u>**

Name: Deborah McCarthy, Sr. Deputy
Telephone Number: (619) 531-5818